UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUVEN HEALTH ANALYTICS,<br><br>    Plaintiff,<br><br>v.<br><br>CAVE CONSULTING GROUP, INC.,<br><br>    Defendant. | Case No. 18-mc-80013-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to *Cave Consulting Group, Inc. v. OptumInsight, Inc.*, 15-cv-03424-JCS.

**IT IS SO ORDERED.**

Dated: January 31, 2018

                                      MARIA-ELENA JAMES<br>
                                      United States Magistrate Judge